IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN WILTON M.D.<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>OPHTHALMOLOGY PHYSICIANS AND SURGEONS, P.C., FRANCIS J. CLARK M.D. and WADE, GOLDSTEIN, LANDAU, ABRUZZO, P.C.<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION<br><br>NO.  16-cv-3784 |

**ORDER**

And NOW, this 15th day of November 2016, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** as follows:

1. Defendants Ophthalmology Physicians and Surgeons, P.C. and Francis J. Clark, M.D.'s Motion to Dismiss Count One (ECF No. 17) is **GRANTED** without prejudice;

2. Count Two, Count Three and Count Four are dismissed without prejudice; and

3. Defendant Wade, Goldstein, Landau, Abruzzo, P.C.'s Motion to Dismiss (ECF No. 16) is **DENIED** as moot.

Plaintiff may file an amended complaint as to Count One within fourteen (14) days of the date of this Order.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael M. Baylson
　　　　　　　　　　　　　　　　　　　　　　　　**Michael M. Baylson, U.S.D.J.**

O:\Jessica.2016\16-cv-3784 Wilton v. Ophthalmology Physicians and Surgeons\Order Re Motion to Dismiss.docx