IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUSAN WILTON M.D.

    *Plaintiff,*

vs.

OPHTHALMOLOGY PHYSICIANS
AND SURGEONS, P.C., et al.

    *Defendants.*

NO. 16-03784-MMB

CIVIL ACTION

FILED
DEC 1 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this \_\_\_1ST\_\_\_ day of December, 2016, upon consideration of Plaintiff's Motion for Voluntary Dismissal Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(2) and the response of the Defendants thereto, if any, it is hereby **ORDERED** that the motion is **GRANTED** as follows:

1. Plaintiff's federal claims in this matter are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 41(a)(2).

2. The Court notes that Plaintiff has already voluntarily dismissed Count I and II of her Complaint against Defendant Wade, Goldstein, Landau & Abruzzo, P.C. (ECF Doc. 15).

3. The Clerk of Court is **ORDERED** to **TRANSFER** this matter to the Court of Common Pleas of Montgomery County, Pennsylvania pursuant to 42 Pa.C.S. § 5103(b) for that court to preside over Plaintiff's remaining state law claims. The Clerk of Court is directed to transmit a certified copy of the complete record in this matter, including this Order and

the pleadings, to the Prothonotary of the Court of Common Pleas of Montgomery County for further such proceedings to be held in that court.

BY THE COURT:

/s/ Michael M. Baylson

MICHAEL M. BAYLSON
United States District Judge